ment. February 16, 1900.) Action by Emilie S. De Hierapolis against John B. Reilly, Jr., and others. No opinion. Motion for resettlement granted. See 61 N. Y. Supp. 1135.

DE HIERAPOLIS v. REILLY et al. (Supreme Court, Appellate Division, First Department. March 16, 1900.) Action by Emilie S. De Hierapolis against John B. Reilly, Jr., and others. No opinion. Motion for resettlement denied, with $10. costs. See 61 N. Y. Supp. 1135.

DE HIERAPOLIS v. REILLY et al. (Supreme Court, Appellate Division, First Department. March 16, 1900.) Action by Emilie S. 'De Hierapolis against John B. Reilly, Jr., and others. No opinion. Motion for stay granted. See 61 N. Y. Supp. 1135.

DELANO, Respondent, v. MANHATTAN RY. CO. et al., Appellants. (Supreme Court, Appellate Division, Second Department. March 6, 1900.) Action by Laura A. Delano against the Manhattan Railway Company and another. No opinion. Judgment affirmed, with costs.

DEMPSEY, Appellant, v. THIRD AVE. R. CO., Respondent. (Supreme Court, Appellate Division, First Department. March 9, 1900.) Action by William Dempsey against the Third Avenue Railroad Company. A. J. Shipman, for appellant. E. Treadwell, for respondent. No opinion. Order affirmed, with costs.

DICKINSON, Appellant, v. EARLE et al., Respondents. (Supreme Court, Appellate Division, First Department. March 23, 1900.) Action by Charles C. Dickinson, as assignee, against Eugene M. Earle and others. H. D. Luce, for appellant. B. N. Cardozo, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. See 52 N. Y. Supp. 615; 54 N. Y. Supp. 475.

DIEBOLD v. FENTON. (Supreme Court, Appellate Division, Fourth Department. March 27, 1900.) Action by John F. Diebold against James Fenton. No opinion. Motion for reargument denied, with $10 costs. Motion for leave to appeal to court of appeals denied.

DOLL et al. v. COOGAN et al. (Supreme Court, Appellate Division, First Department. April 2. 1900.) Action by Charles Doll and another against Matthew Coogan and others. No opinion. Motion denied, with $10 costs. See 62 N. Y. Supp. 627.

DOWNEY, Respondent, v. SMITH et al., Appellants. (Supreme Court, Appellate Division, Second Department. March 6, 1900.) Action by Catharine Downey against Egbert Z. Smith and Alonzo E. Smith. No opinion. Order affirmed by default, with $10 costs and disbursements.

DOYLE v. TRUSTEES, ETC., OF UNION FREE SCHOOL, DISTRICT NO. 4, et al. THURSTON v. SAME. PARRY v. SAME. (Supreme Court, Appellate Division, Fourth Department. March 21, 1900.) Actions by John Doyle, as surviving partner, etc., by Wayne W. Thurston, and by Watkyn W. Parry, against the trustees and board of education of union free school, district No. 4, etc. No opinion. Judgment affirmed, with costs.

DUGOFF, Respondent, v. ZEMAN, Appellant. (Supreme Court, Appellate Term. March 5, 1900.) Action by Isaac Dugoff against Isaac D. Zeman. From a judgment in favor of plaintiff, defendant appeals. Reversed.

PER CURIAM. Judgment reversed, without costs, and new trial ordered in the municipal court in the district in which the action was brought. Tyroler v. Gummersbach, 28 Misc. Rep. 151, 59 N. Y. Supp. 266, 319; Currier v. Roseff (Sup.) 61 N. Y. Supp. 838; Bristor v. Flaherty, 30 Misc. Rep. 111, 61 N. Y. Supp. 872.

DUNBAR, Respondent, v. THIRD AVE. R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. March 13, 1900.) Action by Andrew J. Dunbar against the Third Avenue Railroad Company. No opinion. Judgment and order unanimously affirmed on argument, with costs.

EMPIRE CITY MARBLE CO., Respondent, v. STANDARD STRUCTURAL CO., Appellant. (Supreme Court, Appellate Term. March 9, 1900.) Action by the Empire City Marble Company against the Standard Structural Company. From a judgment and order in favor of plaintiff, defendant appeals. Affirmed. John C. Wait, for appellant. Bryan L. Winters, for respondent.

PER CURIAM. Order affirmed, with costs.

EVANS, Respondent, v. AMERICAN STEEL FOUNDRY CO., Appellant. (City Court of New York. General Term. April 5, 1900.) Action by one Evans against the American Steel Foundry Company. From a judgment for plaintiff, and an order denying a new trial, plaintiff appeals. Reversed. For former report, see 61 N. Y. Supp. 922. Henry A. Rubino and Jay Noble Emley, for appellant. Irvins, Wollman & Downer, for respondent.

HASCALL, J. It seems quite clear that this case comes within the principle so ably argued in the opinion in Baker v. Thomas, 12 Misc. Rep. 432, 33 N. Y. Supp. 613; and, indeed, many of the most important facts are so similar that it would almost be possible to interchange them without disturbing the history of the actions. That case and others cited in its record are controlling, and call for a reversal herein. See, also, Sibbald v. Iron Co., 83 N. Y. 381. Judgment and order reversed, and new trial ordered, with costs and disbursements to abide the event.

McCARTHY, J., concurs.

FELIX, Appellant, v. DEVLIN et al., Respondents. (Supreme Court, Appellate Division, Second Department. March 20, 1900.) Action by Peter W. Felix against Daniel C. Devlin and others. No opinion. Transferred to the First department.